United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 11-11444-sr
Donald L. Bechta                                                Chapter 13
Charlene Bechta
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Dec 09, 2016
                              Form ID: 3180W           Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
db/jdb         +Donald L. Bechta,    Charlene Bechta,    2134 Tarra Circle,    Jamison, PA 18929-1551
12336607       +American General Consumer Discount Company,    c/o Craig H. Fox, Esquire,
                 One Montgomery Plaza, Suite 706,    Norristown, PA 19401-4852
12329474       +Farm and Home Energy,    3115 State Road,    Teleford PA 18969-1076
12450162       +McCullough Eisenberg, LLC.,    530 West Street Road,    Suite 201,    Warminster, PA 18974-3234
12481213       +SVO Vistana Villages Inc.,    9002 San Marco Court,    Inventory Recovery Dept.,
                 Orlando FL 32819-8600
13034392        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 10 2016 01:54:14      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 10 2016 01:53:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12334940       +EDI: GMACFS.COM Dec 10 2016 01:38:00      Ally Financial Inc. f/k/a GMAC Inc.,    PO Box 130424,
                 Roseville, MN 55113-0004
12731740       +EDI: BANKAMER.COM Dec 10 2016 01:38:00      Bank of America, N.A.,    P O Box 26012,
                 NC4-105-02-99,    Greensboro, NC 27420-6012
12390991        EDI: CAPITALONE.COM Dec 10 2016 01:38:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
12312793        EDI: RESURGENT.COM Dec 10 2016 01:38:00      Dell Financial Services L.L.C.,
                 c/o Resurgent Capital Services,    PO Box 10390,    Greenville, SC 29603-0390
13116080        EDI: JEFFERSONCAP.COM Dec 10 2016 01:38:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
12935099        EDI: AIS.COM Dec 10 2016 01:38:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX 77210-4457
12569804       +Fax: 407-737-5634 Dec 10 2016 02:34:04      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite #100,    West Palm Beach, FL 33409-6493
12336320        EDI: PRA.COM Dec 10 2016 01:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541
12392988        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2016 01:53:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
12460532        EDI: WFFC.COM Dec 10 2016 01:38:00      Wells Fargo Dealer Services,    P.O. BOX 19657,
                 Irvine, CA 92623-9657
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2016 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CAROL B. MCCULLOUGH    on behalf of Joint Debtor Charlene  Bechta mcculloughEisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH    on behalf of Plaintiff Charlene M. Bechta mcculloughEisenberg@gmail.com,
               G25217@notify.cincompass.com
```

```
District/off: 0313-2           User: admin              Page 2 of 2                  Date Rcvd: Dec 09, 2016
                               Form ID: 3180W           Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              CAROL B. MCCULLOUGH    on behalf of Debtor Donald L. Bechta mccullougheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CRAIG H. FOX    on behalf of Creditor    American General Consumer Discount Company
               bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HILARY B. BONIAL    on behalf of Creditor    Litton Loan Servicing LP
               hbonial@nbsdefaultservices.com, notice@bkcylaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    Wells Fargo Dealer Services, Inc. amps@manleydeas.com
              LESLIE J. RASE    on behalf of Creditor    The Bank of New York Mellon by its attorney in fact
               Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
              OREN  KLEIN    on behalf of Creditor    Litton Loan Servicing LP BKcourtnotices@parkermccay.com
              STUART ISAAC SEIDEN    on behalf of Creditor    Litton Loan Servicing LP siseiden@duanemorris.com,
               pmackenzie@duanemorris.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 15
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Donald L. Bechta** | Social Security number or ITIN **xxx–xx–4808** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Charlene Bechta** | Social Security number or ITIN **xxx–xx–5956** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **11–11444–sr** | |

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donald L. Bechta                                    Charlene Bechta

                                                    **By the court:**      Stephen Raslavich
12/8/16                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**