United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Donald L. Bechta
Charlene Bechta
    Debtors

Case No. 11-11444-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 1      Date Rcvd: Dec 13, 2016
                      Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
db/jdb        +Donald L. Bechta,   Charlene Bechta,   2134 Tarra Circle,   Jamison, PA 18929-1551

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
            ANN E. SWARTZ    on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
             ecfmail@mwc-law.com
            CAROL B. MCCULLOUGH    on behalf of Debtor Donald L. Bechta mcculloughheisenberg@gmail.com,
             G25217@notify.cincompass.com
            CAROL B. MCCULLOUGH    on behalf of Joint Debtor Charlene  Bechta mcculloughheisenberg@gmail.com,
             G25217@notify.cincompass.com
            CAROL B. MCCULLOUGH    on behalf of Plaintiff Charlene M. Bechta mcculloughheisenberg@gmail.com,
             G25217@notify.cincompass.com
            CRAIG H. FOX   on behalf of Creditor   American General Consumer Discount Company
             bankruptcy@foxandfoxlaw.com,   cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
            FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
            HILARY B. BONIAL    on behalf of Creditor   Litton Loan Servicing LP
             hbonial@nbsdefaultservices.com,   notice@bkcylaw.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            KARINA  VELTER    on behalf of Creditor   Wells Fargo Dealer Services, Inc. amps@manleydeas.com
            LESLIE J. RASE    on behalf of Creditor   The Bank of New York Mellon by its attorney in fact
             Ocwen Loan Servicing, LLC pabk@logs.com,   lerase@logs.com
            OREN  KLEIN    on behalf of Creditor   Litton Loan Servicing LP BKcourtnotices@parkermccay.com
            STUART ISAAC SEIDEN    on behalf of Creditor   Litton Loan Servicing LP siseiden@duanemorris.com,
             pmackenzie@duanemorris.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM EDWARD MILLER    on behalf of Creditor   THE BANK OF NEW YORK MELLON
             wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                               TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Donald L. Bechta and Charlene Bechta                            : Case No. 11−11444−sr
    Debtor(s)

### ORDER
_____

    AND NOW, this day , December 13,2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

160
Form 195